**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-cv-23378-DPG**

**SURE BUSINESS CORP.,**

    **Plaintiff,**

**v.**

**THE JUSTIN MADERIA TRUST, and**
**JUSTIN MADERIA,**

    **Defendants**.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on the Joint Motion for Leave to Bring Electronic Equipment into the Courtroom (the "Motion"). [ECF No. 145]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.    The Motion is **GRANTED**.

2.    This Case is specially set for jury trial, beginning on Monday, May 4, 2026, and continuing through May 8, 2026, before the undersigned at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. [ECF No. 144].

3.    Plaintiff and Defendants are permitted to bring electronic equipment, as identified and listed in the Motion, into the courtroom throughout the duration of the trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE