UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-23378-DPG

SURE BUSINESS CORP.,

    Plaintiff,

v.

THE JUSTIN MADERIA TRUST, and
JUSTIN MADERIA,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Leave to Bring Electronic Equipment into the Courtroom (the "Motion"). [ECF No. 145]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.

2. This Case is specially set for jury trial, beginning on Monday, May 18, 2026, and continuing through May 21, 2026, before the undersigned at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. [ECF No. 149].

3. Plaintiff and Defendants are permitted to bring electronic equipment, as identified and listed in the Motion, into the courtroom throughout the duration of the trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of May, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE