**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-23378-DPG**

**SURE BUSINESS CORP.,**

**Plaintiff,**

**v.**

**THE JUSTIN MADERIA TRUST**
**and JUSTIN MADERIA,**
***as Trustee and Individually*,**

**Defendants.**
**____________________________________/**

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, and in accordance with the May 22, 2026 Jury Verdict, [ECF No. 170], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Sure Business Corp., and against Defendants The Justin Maderia Trust and Justin Maderia on Counts I, II, V, VI, VII, and IX as follows:

1. Final Judgment is entered in favor of Sure Business Corp. and against Defendants the Justin Maderia Trust and Justin Maderia on Count I (Breach of Contract), Court II (Breach of Implied Contract), Count V (Unjust Enrichment), Count VI (Quantum Meruit), Count VII (Promissory Estoppel), and Count X (Account Stated) for the total amount of **$81,492.87**, plus prejudgment interest in the amount of **$26,245.62**, for a total of **$107,738.49**, for which sum let execution issue forthwith.

2. Interest shall accrue on this judgment at the rate prescribed by 28 U.S.C. § 1961 until this Final Judgment is satisfied.

3. The Court shall retain jurisdiction for the purpose of awarding attorneys' fees and costs and any post-judgment motions filed by the parties.

4. The Court shall also retain jurisdiction to enter further orders to enforce the terms of this Final Judgment, and to enter any further orders as may be necessary and proper, including, without limitation, orders authorizing writs of garnishment and execution.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**